C

Sheri M. Thome, Esq.
Nevada Bar No. 008657
I-Che Lai, Esq.
Nevada Bar No. 012247
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
i-che.lai@wilsonelser.com
*Attorneys for Defendant Sevilla Homeowners Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-13, <br><br> Plaintiff, <br><br> vs. <br><br> SHEILA WASHINGTON, an individual; LISA FEARS, an individual; SEVILLA HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Corporation, <br><br> Defendants. | Case No.  2:18-cv-00513-JCM-NJK |

### STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT SEVILLA HOMEOWNERS ASSOCIATION WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-13 and Defendant Sevilla Homeowners Association (the "HOA")—the only parties who entered an appearance in this case—stipulate to a dismissal of all claims against the HOA with prejudice and with all parties to bear their own fees and costs. The following sets forth the basis for the dismissal:

1.      On March 20, 2018, Plaintiff filed its complaint in this action naming the HOA and other parties as defendants. This action arose from the HOA's foreclosure sale of real property located at 3135 South Mojave Road, Building 10, # 103, Las Vegas, NV 89121 (the "Property").

1

1329276v.2

2.     The HOA does not have a current ownership interest in title to the Property.

3.     The HOA specifically reserves its ongoing rights under Nevada law, including Chapter 116 of the Nevada Revised Statutes, and its governing documents, including a declaration of Covenants, Conditions and Restrictions and Reservation of Easements for Sevilla, recorded on May 17, 2006 with the Clark County Recorder's office as instrument number 20060517-0000545.

4.     This dismissal does not affect any rights, claims, or defenses of Plaintiff or the HOA with respect to any other party related to the foreclosure sale of the Property.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: August 30, 2018

DATED: August 29, 2018

/s/ J. Stephen Dolembo
Shadd A. Wade, Esq.
Nevada Bar No. 11310
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
**ZIEVE BRODNAX & STEELE, LLP**
9435 W. Russell Rd, Suite 120
Las Vegas, Nevada 89148

*Attorneys for Plaintiff*

DATED: August 29, 2018

/s/ I-Che Lai
Sheri M. Thome, Esq.
Nevada Bar No. 008657
I-Che Lai, Esq.
Nevada Bar No. 12247
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101

*Attorneys for Attorneys for Defendant Sevilla Homeowners Association*

1329276v.2