Sheri M. Thome, Esq.
Nevada Bar No. 008657
I-Che Lai, Esq.
Nevada Bar No. 012247
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
i-che.lai@wilsonelser.com
*Attorneys for Defendant Sevilla Homeowners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-13,<br><br>Plaintiff,<br><br>vs.<br><br>SHEILA WASHINGTON, an individual; LISA FEARS, an individual; SEVILLA HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Corporation,<br><br>Defendants. | Case No. 2:18-cv-00513-JCM-NJK<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Former Defendant Sevilla Homeowners Association, by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, hereby moves this court to remove Sheri M. Thome and I-Che Lai from the CM/ECF service list as Sevilla Homeowners Association has been dismissed from the case.

///

///

///

///

///

///

///

1

1329276v.2

It is further requested that the following email addresses associated with counsel for Sevilla Homeowners Association be removed:

1. EfileLasVegas@wilsonelser.com
2. Alexa.Klusmann@wilsonelser.com
3. Lorena.Tabares@wilsonelser.com
4. I-Che.Lai@wilsonelser.com

DATED this 7 day of November, 2018

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

BY: /s/ Sheri Thome
Sheri M. Thome, Esq.
Nevada Bar No. 008657
I-Che Lai, Esq.
Nevada Bar No. 012247
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant Sevilla Homeowners Association*

IT IS SO ORDERED.
Dated: November 8, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

1329276v.2