1   ROBERT T. ROBBINS, ESQ.
    Nevada Bar No. 6109
2   rrobbins@robbinslawfirm.legal
3   ELIZABETH B. LOWELL, ESQ.
    Nevada Bar No. 8551
4   elowell@robbinslawfirm.legal
    **ROBBINS LAW FIRM**
5   1050 Indigo Drive, Suite 200
6   Las Vegas, NV  89145
    T: (702) 889-6665; F: (702) 889-6664
7   *Attorneys for Sheila Washington and*
    *Lisa Fears*
8

9                       **UNITED STATES DISTRICT COURT**

10                          **DISTRICT OF NEVADA**

11  THE BANK OF NEW YORK MELLON F/K/A          CASE NO: 2:18-CV-00513-JCM-NJK
    THE BANK OF NEW YORK, AS TRUSTEE
12  FOR THE CERTIFICATE HOLDERS OF
13  CWABS, INC., ASSET-BACKED
    CERTIFICATES SERIES 2006-13,
14
15                  Plaintiff,                  **STIPULATION AND ORDER TO**
                                                **EXTEND TIME TO RESPOND TO**
16  v.                                          **PLATINFIF'S MOTION FOR**
                                                **SUMMARY JUDGMENT (ECF NO.**
17                                              **53)**
    SHEILA WASHINGTON, an individual; LISA
18  FEARS, an individual; SEVILLA HOMEOWNER
    ASSOCIATION, a Nevada Non-Profit
19  Corporation,
20
                    Defendants.
21

22      **IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff, THE BANK

23  OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE

24  CERTIFICATE HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES SERIES 2006-

25  13 (hereinafter "Plaintiff"), by and through its attorneys, J. Stephen Dolembo, Esq. of the law offices

26  of ZIEVE, BRODNAX & STEELE, LLP and Defendants, SHEILA WASHINGTON and LISA

27  FEARS (hereinafter "Defendants"), by and through their attorneys, Robert T. Robbins, Esq.  and

28  Elizabeth B. Lowell, Esq., of the ROBBINS LAW FIRM, that the filing of Defendants' may have up

                                          1

1  to and including May 9, 2019, in which to file their response to Plaintiff's Motion for Summary

2  Judgment filed herein on April 4, 2019.  The current deadline for Defendants to file a response is April

3  25, 2019.

4  **IT IS SO STIPULATED.**

5  Dated this 29th day of April, 2019.                    Dated this 29th day of April, 2019.

6  **ZIEVE, BRODNAX & STEELE**                    **ROBBINS LAW FIRM**

7  */s/ J. Stephen Dolembo, Esq.*                    */s/ Elizabeth B. Lowell, Esq.*

8  J. STEPHEN DOLEMBO, ESQ.                    ROBERT T. ROBBINS, ESQ. (6109)
   Nevada Bar No. 11310                         Elizabeth B. Lowell, Esq. (8551)
9  9435 W. Russell Road, Suite 120              1050 Indigo Drive, Suite 200
   Las Vegas, NV  89148                         Las Vegas, NV  89145
10 Attorneys for PLAINTIFF                      Attorney for Defendants,
                                                SHEILA WASHINGTON and LISA FEARS
11

12

13

14                                             IT IS SO ORDERED:

15

16

17  _____
                                                UNITED STATES DISTRICT JUDGE
18                                                       May 2, 2019
                                                DATED:   _____
19

20

21

22

23

24

25

26

27

28