ROBERT T. ROBBINS, ESQ.
Nevada Bar No. 6109
rrobbins@robbinslawfirm.legal
ELIZABETH B. LOWELL, ESQ.
Nevada Bar No. 8551
elowell@robbinslawfirm.legal
**ROBBINS LAW FIRM**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
T: (702) 889-6665; F: (702) 889-6664
*Attorneys for Sheila Washington and Lisa Fears*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES SERIES 2006-13, <br><br> Plaintiff, <br><br> v. <br><br> SHEILA WASHINGTON, an individual; LISA FEARS, an individual; SEVILLA HOMEOWNER ASSOCIATION, a Nevada Non-Profit Corporation, <br><br> Defendants. | CASE NO: 2:18-CV-00513-JCM-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 53)** <br><br> **(Second Request)** |

Plaintiff, THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES SERIES 2006-13 (hereinafter "Plaintiff"), by and through its attorneys, J. Stephen Dolembo, Esq. of the law offices of ZIEVE, BRODNAX & STEELE, LLP and Defendants, SHEILA WASHINGTON and LISA FEARS (hereinafter "Defendants"), by and through their attorneys, Robert T. Robbins, Esq. and Elizabeth B. Lowell, Esq., of the ROBBINS LAW FIRM, (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On April 4, 2019, Plaintiff filed its motion for summary judgment and request for judicial notice ("Motion" and "Request for Judicial Notice") [ECF Nos. 53 and 54]. On or about April 29, 2019, the Parties filed a stipulation to extend Defendants' time to respond to the Motion, which was granted and entered as an Order on May 2, 2019 [ECF No.58].

The purpose of the Parties' request for extension was to discuss a resolution of the case prior to the filing of the Defendants' opposition. Unfortunately, one of the Defendants resides in another state, which has contributed to difficulties in communications regarding resolution.

At this time the Parties have agreed to one additional extension of the deadline to file Defendants' opposition for two weeks, which will be up to and including May 23, 2019. This additional extension is requested and agreed to in order to facilitate a resolution of this matter. This additional extension is intended to conserve the resources and time of the parties and the court and is not intended for delay or any other improper purpose.

**IT IS SO STIPULATED.**

Dated this 9th day of May, 2019.

**ZIEVE, BRODNAX & STEELE**

/s/ J. Stephen Dolembo, Esq.

J. STEPHEN DOLEMBO, ESQ.
Nevada Bar No. 11310
9435 W. Russell Road, Suite 120
Las Vegas, NV 89148
Attorneys for PLAINTIFF

Dated this 9th day of May, 2019.

**ROBBINS LAW FIRM**

/s/ Elizabeth B. Lowell, Esq.

ROBERT T. ROBBINS, ESQ. (6109)
Elizabeth B. Lowell, Esq. (8551)
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Attorney for Defendants,
SHEILA WASHINGTON and LISA FEARS

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 10, 2019