UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br>    Plaintiff(s),<br>v.<br>SHEILA WASHINGTON, et al.,<br>    Defendant(s). | Case No.: 2:18-cv-00513-JCM-NJK<br><br>**ORDER**<br><br>(Docket No. 67) |

Pending before the Court is a motion to withdraw as counsel for Defendants Sheila Washington and Lisa Fears. Docket No. 67. Any response must be filed no later than November 15, 2019. The Court hereby **SETS** a hearing on the motion for 11:00 a.m. on December 2, 2019. In addition to withdrawing counsel and any newly retained counsel, Defendants Washington and Fears must appear personally at the hearing. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

Withdrawing counsel shall serve a copy of this order on Defendants Washington and Fears and shall file a proof of service by November 8, 2019.

IT IS SO ORDERED.

Dated: November 4, 2019

                                                              Nancy J. Koppe
                                                              United States Magistrate Judge